IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
OCT 28 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID NEAL, JR., aka DEEJ,
JAMERE THOMAS, aka JAY-T, aka JT, NEPHEW,
DIMICHAEL PETTIFORD, aka D, MICHAEL, aka MIKE, aka MIKEY, aka UNC,
DEANGELO ROBERSON,
JONATHON FOREMAN,
LESLIE THOMAS,
MARCUS BROWN,
DONIKA MAXWELL-JONES,
MICHAEL AYERS,

Defendants.

INDICTMENT

CASE NO. 1:26 CR 00495

Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(A)(vi), (b)(1)(A)(viii), (b)(1)(B), (b)(1)(B)(vi), (b)(1)(C), (b)(1)(D) and 843(b), 846, 856(a)(1), and 856(b), and Title 18, United States Code, Sections 922(g)(1), 924(a)(8), 924(c)(1)(A)(i), 1512(c)(1), and 2

JUDGE BRENNAN

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 21 U.S.C. §§§ 846, 841(a)(1), (b)(1)(A), (b)(1)(B)(vi), (b)(1)(C), and (b)(1)(D))

The Grand Jury charges:

1. From in or around May 2025 through in or around March 2026, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants DAVID NEAL, JR., aka DEEJ; JAMERE THOMAS, aka JAY-T, aka JT, aka NEPHEW; DIMICHAEL PETTIFORD, aka D, MICHAEL, aka MIKE, aka MIKEY, aka UNC; DEANGELO ROBERSON, JONATHON FOREMAN, LESLIE THOMAS, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other and with diverse others known and unknown to the Grand Jury, to distribute and possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled

substance; 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; a mixture and substance containing a detectable amount of carfentanil, a Schedule II controlled substance; a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), (b)(1)(A)(vi) & (viii), (b)(1)(b)(vi), (b)(1)(C), and (b)(1)(D).

MANNER AND MEANS OF THE CONSPIRACY

2. It was part of the conspiracy that:

A. NEAL, JR., supplied JAMERE THOMAS and FOREMAN with large quantities of drugs to redistribute to drug customers in Akron, Ohio.

B. NEAL, JR., used his residence on Yukon Avenue in Akron, Ohio, to store and distribute drugs.

C. JAMERE THOMAS and LESLIE THOMAS used a residence on Ira Avenue in Akron, Ohio, to store and distribute drugs.

D. JAMERE THOMAS supplied PETTIFORD and ROBERSON with drugs to redistribute to drug customers in Akron, Ohio.

E. PETTIFORD distributed drugs to customers in Akron, Ohio.

F. At PETTIFORD's direction, K.G. helped PETTIFORD distribute drugs in Akron, Ohio, and purchased supplies that PETTIFORD used to mix drugs.

G. AT JAMERE THOMAS's direction, LESLIE THOMAS helped JAMERE THOMAS distribute drugs in Akron, Ohio.

H. PETTIFORD and K.G. utilized the business entity Tap Tap, located at XXXX S. Main Street in Akron, Ohio, to distribute drugs and launder drug proceeds.

I. Conspirators used multiple telephones to conduct drug trafficking activity by making and receiving telephone calls and sending and receiving text messages and using the FaceTime application to communicate.

J. Conspirators, when using cellular telephones or text messaging to conduct drug trafficking activity, used slang terms, street terminology, and code words and phrases for controlled substances, to obscure and disguise the true nature of their activities and the true meaning of their conversations.

K. Conspirators also spoke on encrypted applications like Signal in an attempt to avoid detection by law enforcement.

ACTS IN FURTHERANCE OF THE CONSPIRACY

3. In furtherance thereof, and to effect the goals and to conceal the existence of the conspiracy, the Defendants and others performed acts in the Northern District of Ohio and elsewhere, including but not limited to the following:

4. On or about May 8, 2025, starting at approximately 9:51 p.m., JAMERE THOMAS and PETTIFORD engaged in an Apple iMessage conversation. JAMERE THOMAS stated, "I got some fire pressure in rn [high-quality drugs]." PETTIFORD replied, "[XXXX] s main st I'll come up," and "I'm at ma tap." JAMERE THOMAS stated, "Bouta pull up." PETTIFORD replied, "Ok."

5. On or about May 17, 2025, starting at approximately 2:07 a.m., JAMERE THOMAS and PETTIFORD engaged in an Apple iMessage conversation. PETTIFORD asked, "U got anything exclusive [higher quality drugs that not everyone has access to]." JAMERE

THOMAS replied, "Hell yeah." PETTIFORD stated, "Pull up." JAMERE THOMAS stated, "I got you in the morning [meaning JAMERE THOMAS could sell PETTIFORD drugs the following morning] I'm otw [on the way] rn [right now]." PETTIFORD replied, "Bet." JAMERE THOMAS stated, "Bet got you." PETTIFORD emphasized the message "Bet got you."

6. On or about May 17, 2025, starting at approximately 4:05 a.m., JAMERE THOMAS and PETTIFORD engaged in an Apple iMessage conversation. JAMERE THOMAS asked, "U still up there [to meet for a drug deal]?" PETTIFORD replied, "Nope pulled tmr [tomorrow] though." JAMERE THOMAS replied, "Ok." JAMERE THOMAS asked, "You around."

7. On or about June 2, 2025, starting at approximately 2:42 a.m., JAMERE THOMAS and ROBERSON engaged in an Apple iMessage conversation. ROBERSON stated, "On my way!" JAMERE THOMAS replied, "[XXXX] green wood." ROBERSON stated, "Addy [address]," and "Another one [one pound of methamphetamine]."

8. On or about June 3, 2025, starting at approximately 9:05 p.m., PETTIFORD and JAMERE THOMAS engaged in an Apple iMessage conversation. PETTIFORD asked, "Wat u got gas," and "Wats it's called or video need Top Grade." JAMERE THOMAS replied, "Yeah I got lemon cherry gelato [flavors of marijuana] what you was tryna grab." PETTIFORD stated, "I just grabbed u didn't respond next one I got u."

9. On or about June 5, 2025, starting at approximately 10:33 p.m., PETTIFORD sent JAMERE THOMAS Apple iMessages. PETTIFORD stated, "Big gas," and "Yo," and "Main st," and "I need top grade no low grade," and "Big gas [high-quality drugs as opposed to low-quality]."

10. On or about June 6, 2025, starting at approximately 9:22 p.m., JAMERE THOMAS and ROBERSON engaged in an Apple iMessage conversation. JAMERE THOMAS stated, "I got em [drugs]." ROBERSON replied, "Need one [one pound of methamphetamine]."

11. On or about June 13, 2025, starting at approximately 9:28 p.m., JAMERE THOMAS and PETTIFORD engaged in an Apple iMessage conversation. PETTIFORD stated, "Yo," and "u got big (gas pump emoji) [high-quality drugs as opposed to low-quality]." JAMERE THOMAS replied, "Yeah wya wya [where ya at]."

12. On or about June 15, 2025, starting at approximately 8:35 p.m., JAMERE THOMAS and ROBERSON engaged in an Apple iMessage conversation. ROBERSON stated, "Outside." JAMERE THOMAS replied, "Bet." ROBERSON stated, "On my way!" JAMERE THOMAS replied, "Ave," and "[XXXX] hazelwood." ROBERSON stated, "Send lo." JAMERE THOMAS replied, "Heights." ROBERSON stated, "Wya." JAMERE THOMAS replied, "Pull up on me." ROBERSON stated, "Let me get one [one pound of methamphetamine]," and "Happy Father's Day brotha." JAMERE THOMAS replied, "Happy Father's Day too gang." ROBERSON stated, "Yea."

13. On or about July 25, 2025, starting at approximately 7:43 p.m., JAMERE THOMAS and ROBERSON engaged in an Apple iMessage conversation. JAMERE THOMAS stated, "Around." ROBERSON replied, "Ok I got u . . . Can I get one?" JAMERE THOMAS stated, "Yea." ROBERSON replied, "I'm in the heights wya." JAMERE THOMAS stated, "On way to heights meet me that way," and "I'm over here." ROBERSON replied, "Alright same spot." JAMERE THOMAS stated, "Yea." ROBERSON replied, "Ok."

14. On or about July 29, 2025, at approximately 1:00 p.m., PETTIFORD engaged in a text message conversation with a person posing as a drug buyer (hereinafter referred to as "CS").

During the text messaging, CS said, "Yo yo." PETTIFORD replied, "Hey brother can u do half ! Same blend! [referring to selling CS half a pound of methamphetamine]." CS said, "All I got 800 . . . So is 4:00 cool? [CS having only $800, which is the price to purchase four ounces of methamphetamine]." PETTIFORD replied, "Ok yup." CS responded, "Be there shortly."

15. On or about July 29, 2025, at XXXX S. Main Street in Akron, Ohio, PETTIFORD distributed approximately 110.30 grams of methamphetamine to CS.

16. On or about August 3, 2025, at approximately 7:19 p.m., JAMERE THOMAS and PETTIFORD engaged in an Apple iMessage conversation. PETTIFORD stated, "Yo." JAMERE THOMAS replied, "Hold on I'm on jail call and my bro said give him a couple mins it's good." PETTIFORD stated, "Ok," and "I need 2 for 3k [two pounds of methamphetamine for $3,000]," and "All chunk [methamphetamine]." JAMERE THOMAS replied, "He want 16 I give you 2 for 15 [one pound of methamphetamine for $1,500 each] when mins come around." PETTIFORD stated, "16 all chunk [methamphetamine]," and "I'll take one [one pound of methamphetamine]," and "If u do that for me we even make it a nice one!"

17. On or about August 13, 2025, at approximately 10:26 a.m., PETTIFORD engaged in a text message conversation with CS. CS said "Yo yo . . . Can we do it around 4:00 again [referring to meeting up at 4:00 p.m. for a drug transaction]?" PETTIFORD replied, "Half [asking if CS wants to buy half a pound of methamphetamine]" to which the CS stated, "Just 4 [four ounces – approximately 112 grams]."

18. On or about August 13, 2025, at XXXX S. Main Street in Akron, Ohio, PETTIFORD distributed approximately 111.70 grams of methamphetamine to CS.

19. On or about August 20, 2025, starting at approximately 8:20 p.m., JAMERE THOMAS and PETTIFORD engaged in an Apple iMessage conversation. PETTIFORD stated,

"Yo . . . They chunky [methamphetamine] . . . 1400 [$1,400 for one pound of methamphetamine]." JAMERE THOMAS replied, "I got some chunky [methamphetamine] but my brother won't 16 [$1,600 per pound] they went up on him." PETTIFORD stated, "Well I need my zip [one ounce of drugs] fam u can at least do 1400 chunky one time I'll owe u [will sell you one pound of methamphetamine for $1,400]," and "Ma plp got em at 14 [my other drug supplier is selling the methamphetamine for $1,400 per pound] I mite have to f*ck with them [buy from them] I just was on yo tell." JAMERE THOMAS replied, "I can do 15 I owe you a zip [one ounce of methamphetamine] that's 100 if not then you might can fw yo peoples." PETTIFORD stated, "Ok if not tonight if they don't come then tmr." JAMERE THOMAS replied, "I pull up rn but lmk got u."

20. On or about August 26, 2025, at approximately 1:26 p.m., PETTIFORD engaged in a text message conversation with CS. During a portion of the text messaging, PETTIFORD said, "Yo u ready chunky all" [referring to having high-quality methamphetamine]. CS said, "Ya tomorrow around 4:00 be cool?" PETTIFORD replied, "8 chunky Right . . . Or 16" [referring to selling eight or sixteen ounces of high-quality methamphetamine to CS]. CS replied, "Not sure yet, at least 4, I'll let u know" [indicating they will buy at least four ounces of methamphetamine].

21. On or about August 27, 2025, at approximately 2:51 p.m., PETTIFORD engaged in a text message conversation with CS. During a portion of the text messaging, CS asked PETTIFORD, "Around 4:00 be cool?" PETTIFORD replied, "It has to be 8 or more I didn't kno if u wanted the 8 . . . If u do the 8 I don't have to run home and get the bread I can meet u in hr at 530 u tell me [indicating PETTIFORD wants to sell eight or more ounces of methamphetamine to CS]" CS said, "I just ain't got it right now [referring to not having enough money to purchase

eight ounces of methamphetamine].” PETTIFORD replied, “Ima get u the 4 are u goin to be available [indicating he will sell four ounces of methamphetamine to CS ]!”

22. On or about August 27, 2025, at XXXX S. Main Street in Akron, Ohio, PETTIFORD distributed approximately 111.30 grams of methamphetamine to CS.

23. On or about September 9, 2025, starting at approximately 2:39 p.m., JAMERE THOMAS and PETTIFORD engaged in an Apple iMessage conversation. PETTIFORD stated, “U gone have 1 chunky [one pound of methamphetamine] family.” JAMERE THOMAS replied, “Yah.” PETTIFORD stated, “Ok Hitting this water do you wanna pull up on me or you wanna pull up on you.” JAMERE THOMAS replied, “I pull up on you.” PETTIFORD stated, “Bet,” “Hate you ASAP soon as I’m there.” “JAMERE THOMAS replied, “Ok.” PETTIFORD stated, “Can you be there exactly 410 bro.” JAMERE THOMAS replied, “I think I got 11 zips [eleven ounces of methamphetamine] left give me a band [$1,000] for it I forgot a sold a couple out my last one.” PETTIFORD stated, “That’s fine family,” and “About to leave the crib I’m close on Manchester Road so I’ll be there very shortly be ready.” JAMERE THOMAS replied, “Yup I’m ready,” “Wya.” PETTIFORD stated, “Here.” JAMERE THOMAS replied, “Ok.” PETTIFORD stated, “11 rights [11 ounces of methamphetamine].” JAMERE THOMAS replied, “Only 10 [ten ounces of methamphetamine].”

24. On September 8, 2025, at approximately 1:43 p.m., PETTIFORD engaged in a text message conversation with CS. During a portion of the text messaging, PETTIFORD said “Yo . . . I’m ready [indicating he was ready to sell methamphetamine to CS].” CS replied, “What’s the ticket [asking how much money PETTIFORD wants to charge for the methamphetamine]?” PETTIFORD replied, “Same price x2 1700 all chunky [referring to

charging $1,700 for eight ounces of high-quality methamphetamine]!" CS replied, "Ok I'll be ready tomorrow around 4."

25. On or about September 9, 2025, at XXXX S. Main Street in Akron, Ohio, PETTIFORD distributed approximately 221.80 grams of methamphetamine to CS.

26. On or about October 3, 2025, at approximately 12:20 p.m., PETTIFORD engaged in a text message conversation with CS. During a portion of the text messaging, PETTIFORD said, "4 or 8 bro I kno u see me callin [asking if CS wants to purchase four or eight ounces of methamphetamine]."

27. On or about October 7, 2025, at approximately 10:14 a.m., PETTIFORD engaged in a text message conversation with CS. During a portion of the text messaging, CS said, "Can we do something around 4:00," to which PETTIFORD replied, "Yes be there at 345 I'll be there!"

28. On or about October 7, 2025, at XXXX S. Main Street in Akron, Ohio, PETTIFORD distributed approximately 221.80 grams of methamphetamine to CS.

29. At approximately 4:20 p.m., CS arrived at XXXX S. Main Street, Akron, Ohio. PETTIFORD was standing outside when CS arrived, and PETTIFORD told CS to enter the building. PETTIFORD entered the building after CS, and PETTIFORD told CS that he gets his methamphetamine from California. PETTIFORD and CS waited inside the building until THOMAS arrived, driving a white Dodge Charger at approximately 4:46 p.m. THOMAS provided PETTIFORD with a pound of methamphetamine. THOMAS supplied PETTIFORD with methamphetamine and then sold 221.80 grams of methamphetamine to CS.

30. On or about November 7, 2025, at approximately 5:45 p.m., PETTIFORD called K.G. PETTIFORD asked, "Yeah, Where you at?" K.G. replied, "Walmart. F*ckin, trying to find

the f*ckin, uh, the grinder [for processing drugs] and they don't have the one we want. And they only have two options. The one seventy some dollars and the other don't have the front compartment." PETTIFORD later asked, "Yeah, that's cool. Is it gonna be better for me though?" K.G. replied, "No, I don't think. For that matter, I can get a Magic Bullet, or I can get a food processor [to process drugs]." PETTIFORD stated, "I mean, I just needed something a little bit better but like a coffee bean grinder . . . Cuz the one I got holds 2, 56 ounces . . . I need something that's at least gonna do four at a time [mix four ounces at a time]." K.G. later stated, "I'm gonna get this spray bottle and stuff [for drug processing]."

31. On or about November 7, 2025, at approximately 6:59 p.m., JAMERE THOMAS called PETTIFORD. PETTIFORD stated, "What up?" JAMERE THOMAS replied, "Hello." PETTIFORD replied, "Yeah." JAMERE THOMAS asked, "What'd he say?" PETTIFORD replied, "I'm talking to him right now. Give me like five ten minutes. I'll hit you right back [referring to speaking with a drug customer to arrange a sale]." JAMERE THOMAS stated, "Alright bro. I ain't trying to rush you or nothing. I'm just trying to get it ready so I can be ready bro cuz I'm about to, I gotta bust a move in like an hour or two [referring to getting the drugs ready to supply to PETTIFORD]." PETTIFORD replied, "I'm gonna let you know right away." JAMERE THOMAS replied, "Alright." PETTIFORD stated, "I'm trying to see if I can get more [more drugs]." JAMERE THOMAS replied, "Yeah. I'm saying if you need me to do something for you, I got you [referring to supplying drugs to PETTIFORD]." PETTIFORD replied, "Alright, I got you."

32. On or about November 7, 2025, at approximately 7:14 p.m., PETTIFORD called JAMERE THOMAS. JAMERE THOMAS stated, "Yeah, unc I gotta go through my brother. I be having to buy it out of my pocket. He don't be trying to front me the sh*t [referring to receiving

drugs up front and bringing payment later].” PETTIFORD replied, “Alright. It ain’t no issue.” JAMERE THOMAS stated, “I’m just letting you know, like, when it’s mine, then you know I don’t care what you do, you know n***as be petty with that sh*t, bro.” PETTIFORD replied, “Alright, alright, I ain’t trippin. That’s why I don’t call till I need it.” JAMERE THOMAS stated, “Right, right, right, right, so you ain’t sit, I know. You move just like me, bro. We think alike bro.” JAMERE THOMAS asked, “Alright, so what you wanting to do? PETTIFORD asked, “Well you read the text?” JAMERE THOMAS replied, “You said . . . so how much you gonna have for it, bro, if I bring you four [four ounces/quarter of a pound]?” PETTIFORD replied, “And pay for the three . . .” JAMERE THOMAS asked, “How much you got?” PETTIFORD replied, “I really don’t want to pay 125, bro, I’d rather just call you and just [unintelligible]. I don’t really wanna do that sh*t, for real.” JAMERE THOMAS replied, I said give me 450.” PETTIFORD replied, “For what?” JAMERE THOMAS answered, “The cutie [quarter of a pound].” PETTIFORD replied, “Ugh, okay. Alright, come on.” JAMERE THOMAS asked, “You got 450?” PETTIFORD answered, “Yeah, n***a [PETTIFORD confirming that he would pay JAMERE THOMAS $450 for a quarter pound of methamphetamine].” JAMERE THOMAS replied, “Alright, alright, I’m about to pull up.”

33. On or about November 7, 2025, at approximately 7:55 p.m., JAMERE THOMAS arrived at XXXX S. Main Street in Akron, Ohio.

34. On or about November 7, 2025, at approximately 7:55 p.m., JAMERE THOMAS called PETTIFORD. PETTIFORD yelled, “Open up the door.” JAMERE THOMAS said, “Huh?” PETTIFORD said, “Come to the door bro.” JAMERE THOMAS stated, “I know, I was telling ya I was here.” PETTIFORD asked, “You gonna come in?” JAMERE THOMAS replied, “Yeah. Hey, I need you to do me a favor too, unc.” PETTIFORD asked, “Whatchu need?”

JAMERE THOMAS replied, "I'm about to come holla at ya [to conduct a drug deal]." PETTIFORD stated, "Ok, come on."

35. On or about November 7, 2025, at 7:56 p.m., JAMERE THOMAS entered XXXX S. Main Street in Akron, Ohio. Once inside, JAMERE THOMAS distributed approximately a quarter pound of methamphetamine to PETTIFORD for $450.

36. On November 7, 2025, at approximately 7:58 p.m., JAMERE THOMAS left XXXX S. Main Street.

37. On or about November 9, 2025, at approximately 3:08 p.m., PETTIFORD called K.G. PETTIFORD stated, "Yeah uh, Jamie, Jamie's corny *ss. I'm about to hit you on Signal [an encrypted messaging application] about some [drug] business. Bro, I already told the girl yesterday after she hit that sh*t that when she asked me, man, how much you want for em' [drugs]? $175? I want $200, but b*tch, I'm being courteous. She was like, 'Uh, what you do, what about four of em' [four ounces of methamphetamine]? Will you do $160?' Noooo." K.G. replied, "What does she not understand?" PETTIFORD replied, "It ain't even Jamie, it's the other girl. But Jamie trying to push the . . . like, if Jamie like. 'Oh I want to ask you something business, read your Signal.' Jamie figures if she asked me about four of em' [four ounces of methamphetamine], that I'm going to give them to her for $600. No, I need $700. I really need eight, n*gg* [referring to needing to charge $800 for selling four ounces of methamphetamine]. Donnie give me eight. But Donnie ain't moving right now [distributing drugs]. Donnie will come get a half, come get eight ounces [drugs]. So he be tucked and rolled. But he got to be almost done." After back-and-forth talk on the same call, PETTIFORD stated, "I don't know n*gg*. And, and when they hit it [used the drugs], both of them hit it and said, 'Oooh this, this is good.' This that (unintelligible)." K.G. replied, "That's right it is, it's good dope. It's the best that's

going around. I know this because I've heard 100 people say it when they hit it." PETTIFORD answered, "Even Vito said it. Vito hit that sh*t . . . he said, 'Ohh this is good, this is better than anything.'" K.G. replied, "Yeah." PETTIFORD continued, "Listen, it's better . . . every time a motherf*cker hit my sh*t, it's better than the sh*t that they thought was good. It's better that that." K.G. replied, "Mm-hmm." PETTIFORD said, "Ain't that crazy?" K.G. said, "Right. But they don't want to pay it." PETTIFORD stated, "Naw, I mean Vito just got some love cause he was right there, he was my dude. He gave me $140 [for drugs]. He was only supposed to give me $125. He gave me $140 and I just put his money in with we getting the sh*t. But I was trying to get em' at a dollar from my n*gg*. My n*gg* gave em' to me at one, he gave em' to me at $110." K.G. replied, "Mm-hmm." PETTIFORD continued, "Which is weird, to me. Because if you break down a pound [one pound of methamphetamine], that's $1600, so. But for me I'm a street n*gg*, so it ain't, it don't mean, it don't matter who you with . . . a n*gg*, a geek, a whoever the f*ck you is, if when I break down my pounds around this b*tch they $150 a piece [referring to purchasing one pound of methamphetamine for $1,600, breaking it up into smaller quantities, and reselling it in order to make money]. If I was getting them [drugs] from out of town. If I'm buying em' in town, ah yeah, you know what time it is. I gotta get all my money. All the money that I spend in town n*gg*, man, they tearing us up on taxes and everything around this b*tch, n*gg*. We subject to not, to, to be privati, privatized." K.G. replied, "I know." PETTIFORD continued, "I got, I got to make $70 dollars off [unintelligible]. If I pay $110, yeah $175. Yes, sir I got to make $65 off a zip bro [referring to how much he hopes to make on resale]. On a felony . . ." K.G. stated, "Should be making more." PETTIFORD stated, "Exactly." K.G. replied, "Should be charging two." PETTIFORD stated, "On a, on a felony-one charge, b*tch."

38. On or about November 9, 2025, at approximately 3:21 p.m., PETTIFORD called K.G. PETTIFORD stated, "This dude he, he at work if he ain't hit you back. That's cool we can have that sh*t, I can have that sh*t done for him real quick. And then same thing. They like it, they like it hard, they don't want it press it up [mixed with a cutting agent]?" K.G. replied, "Yeah. The stuff [drug mixing agent] will be coming here, uh, from amazon here shortly." PETTIFORD stated, "Okay. Yeah, I just take the whole bag and mix it. You know what I'm saying?" K.G. replied, "Mm-hmm." PETTIFORD continued, "And just dump, like, I'll take the whole bag out and put it in a big bowl and then just dump it in there and then just mix it in, gradually. Dump it in there and just mix it, just mix it in till you get a nice, a nice purple [mixing fentanyl with a cutting agent]." K.G. replied, "Mm- hmm." PETTIFORD continued, "You know what I'm saying, 'cause it ain't never gonna get, get, uhh wet." K.G. replied, "Right." PETTIFORD continued, "Umm, and then it can be sprayed down or whatever the f*ck, whatever, but it'll be, it'll be cool." K.G. replied, "Yeah." PETTIFORD the stated, "But that's just how you, you mix it in. You know what I'm saying? You just dump that sh*t on, mixing it and get to turning that sh*t like you a mixer." K.G. replied, "Uh-huh." PETTIFORD stated, "This dude gonna go crazy once I call him and tell him that purple [fentanyl]. But it gotta be, that's, that's what I'm saying that color gotta be right. It can't be wrong." K.G. replied, "I know," PETTIFORD asked, "You know what I mean?" K.G. replied, "Yup, that's why you mix a little at a time." PETTIFORD replied, "Whatchu mean? What you just gotta take like two ounces and then make a blend like that? Instead of doing it the way that I'm . . ." K.G. stated, "No, just do a little at a time till you get the right color. It's pigment, you know?" PETTIFORD asked, "What's pigment?" K.G. replied, "Like it's a powder, instead of food coloring, which is a liquid, it's a powdered food color." PETTIFORD replied, "Okay. Yeah, that's what it is then

that's for me." K.G. replied, "Mm-hmm." PETTIFORD asked, "How much of that came?" K.G. replied, "Uh, it's, it's coming with the batteries. Um. I mean, it's like, I don't know. What it say, twelve ounces or something?" PETTIFORD replied, "Oh, okay. It'll make a strong color purple." K.G. replied, "Mmhmm. Yeah, Matt will be like, 'Oh yeah!,' you know? He'll jump on that." PETTIFORD stated, "And that sh*t, that carfentanil with that fentanyl that I'm, that I'm doing that, that, that orange, that all orange raw, hittin' that sh*t in there mixing with that, that, that carfentanil is, is good, ain't it?"

39. On or about November 13, 2025, November 12, 2025, at approximately 6:34 p.m, PETTIFORD engaged in a text message conversation with CS. During a portion of the text messaging, CS said, "Should be ready tomarrow," to which PETTIFORD replied, "For usual."

40. On or about November 13, 2025, at approximately 3:17 p.m., PETTIFORD called JAMERE THOMAS. During the call, JAMERE THOMAS stated, "What's up, unc." PETTIFORD replied, "Nothing, what's going on." JAMERE THOMAS said, "I was letting, I was letting you know, uh, sh*t, I was at the spot if you still need me [to conduct a drug deal]." PETTIFORD asked, "Yea, how, how long?" JAMERE THOMAS said, "I'm on my way if you ready." PETTIFORD replied, "Yeah I'm uh, I'm slipping on some clothes, it'll take me like 15 minutes Til I get there." JAMERE THOMAS said, "Alright."

41. On or about November 13, 2025, at approximately 3:47 p.m., PETTIFORD called JAMERE THOMAS. During the call, PETTIFORD stated, "Talk to me." JAMERE THOMAS replied, "I'm ready [to conduct a drug deal]. I'm just waiting on my buddy to pull up and bring me this money then I'ma, I can shoot to you." PETTIFORD said, "Alright." JAMERE THOMAS said, "I'm only, I'm only, I'm only, I'm only, I'm only 5 minutes away from the, uh, shop." PETTIFORD replied, "Alright, 'cause I need you before my peoples get here. My

peoples be pulling up at, like, 4:15." JAMERE THOMAS asked, "What you say?" PETTIFORD replied, "I said I need you before my peoples [drug customer] get here." JAMERE THOMAS asked, "So you, you there?" PETTIFORD said, "Yeah." JAMERE THOMAS said, "Alright, I'm 'bout to just come there, man." PETTIFORD said, "Alright."

42. On or about November 13, 2025, at approximately 4:10 p.m., JAMERE THOMAS arrived at XXXX S. Main Street in Akron, Ohio, and entered carrying a white grocery bag containing drugs. Once inside XXXX S. Main Street, JAMERE THOMAS distributed the drugs to PETTIFORD.

43. On November 13, 2025, at approximately 4:14 p.m. JAMERE THOMAS exited XXXX S. Main Street, no longer carrying the white grocery bag, and departed.

44. On or about November 13, 2025, at approximately 10:29 a.m., PETTIFORD engaged in a text message conversation with CS. During a portion of the text messaging, CS said, "Yes sir . . . 4:15 ish be cool? . . . We good for 4:15 ish?" PETTIFORD replied, "8 [ounces of methamphetamine] rt." CS replied, "Ya," and PETTIFORD said, "Yes."

45. On or about November 13, 2025, at approximately 4:26 p.m., CS arrived at XXXX S. Main Street, in Akron, Ohio. PETTIFORD allowed CS inside the building and then sold CS approximately 225.0 grams of methamphetamine that was previously supplied to PETTIFORD by JAMERE THOMAS.

46. On or about November 15, 2025, at approximately 7:54 p.m., PETTIFORD called K.G. PETTIFORD stated, "You know I got my dope [drugs] in that book bag. Don't let nobody over there in that book bag." K.G. replied, "Okay." PETTIFORD stated, "Or you can get it out . . .and put it and grab it." K.G. asked, "Want me to put it up?" PETTIFORD stated, "Cause I, yeah . . . I be stashing it [drugs] when I leave the building, so I don't want it by a gun." K.G. replied,

"Oh okay." PETTIFORD continued, "Just in case, if something was to happen [meaning law enforcement search the premises]. I don't . . . you can't keep it [the drugs and firearm] in the same area cuz it's a fed case." K.G. stated, "Yeah." PETTIFORD continued, "So I move it. But yeah, it's in that bag. Or you don't gotta move it. Just make sure don't nobody go that bag." After back-and-forth conversation, K.G. asked, "The black bag." PETTIFORD replied, "No, not the black bag. The bag in the floor." K.G. stated, "Oh." PETTIFORD stated, "Yeah, where the pipe [firearm] be at."

47. On or about November 18, 2025, at approximately 7:00 p.m., PETTIFORD called K.G. PETTIFORD asked, "Hey, when you come, can you, um, uh get uh, you got some, like two grams of swerve?" K.G. replied, "No, but I'll get some." PETTIFORD stated, "Cuz f*ckin, hold on, like basically, Matt said that they didn't like the car [carfentanil]." K.G. asked, "What did you just say?" PETTIFORD replied, "Matt said they didn't like the car [carfentanil], it was Mike." K.G. asked, "He did not like it? Are you f*ckin' serious?" PETTIFORD stated, "It was Mike." K.G. stated, "Man he's a f*ckin' needy son of a bitch dog . . ."

48. On or about November 20, 2025, at approximately 4:58 p.m., PETTIFORD received a call from J.H. During the call, J.H stated, "One if I can get one [one ounce of methamphetamine]." PETTIFORD replied, "Alright, let me, uh, get up by the shop, and then I'm gonna call you right back." J.H. stated, "Okay." PETTIFORD stated, "You gonna have to go up there, but I should be able to take care of ya." J.H. asked, "Where at? Up uh, by Main Street Saloon?" PETTIFORD answered, "Yeah, yep."

49. On or about November 20, 2025, at approximately 4:58 p.m., PETTIFORD called K.G. PETTIFORD stated, "Yeah. I got somebody that want a zip [one ounce of

methamphetamine], too. Make sure you uh, you take the computer or whatever." K.G. replied, "I got it. I'm getting ready to get in the car."

50. On or about November 20, 2025, at approximately 5:21 p.m., PETTIFORD called J.H. PETTIFORD asked, "Yeah, how long?" J.H. asked, "Uh, when you want me there?" PETTIFORD replied, "Uh, about 15 minutes." J.H. stated, "I can be there [to conduct a drug deal]. We'll see you then."

51. On or about November 20, 2025, between approximately 5:33 p.m. and 5:45 p.m., PETTIFORD and K.G. distributed methamphetamine to J.H. at XXXX S. Main Street.

52. On or about November 20, 2025, at approximately 5:54 p.m., PETTIFORD called K.G. K.G. stated, "It don't matter, I waxed 'em 250 [charged a drug customer $250]." PETTIFORD asked, "250?" K.G. replied, "Yeah, so I kept my 25. So, next time, next time charge them 250." PETTIFORD asked, "You serious? Look he asked me in the door, I said 225." K.G. replied, "Man, I told him 250, he gave me 250 . . ."

53. On or about November 20, 2025, at approximately 5:55 p.m., J.H. possessed approximately 27.6 grams of methamphetamine during a traffic stop in Akron, Ohio.

54. On or about November 23, 2025, at approximately 12:57 p.m., PETTIFORD called K.G. PETTIFORD stated that a drug customer called him back. PETTIFORD stated, "I'm thinking it's probably the cut [cutting agent used to mix with drugs]. This mother*cker might want swerve. You think?" K.G. replied, "I don't f*cking know. Because, um, I don't see what the difference is either way if they're smokin' it." [smoking what drug here?] PETTIFORD stated, "Yeah, but you know Moneypenny ain't smokin it." K.G. replied, "Right, so what's the difference?" PETTIFORD stated, "Like the taste. Motherf*ckers want sweet dope. I mean but I, what did I use? I'm pretty sure I used . . . Oh, yeah, oh, that's crazy 'cause I used powdered

sugar on that one." K.G. replied, "You right." PETTIFORD stated, "Yup, the white sh*t I get, I use powdered sugar."

55. On or about December 8, 2025, at approximately 4:27 p.m., PETTIFORD received a call from a drug customer. The drug customer asked, "Whatup? You still ain't had none of that glass [methamphetamine] around?" PETTIFORD replied, "Uh-uh, nah I'm waiting right now." The drug customer responded, "Man, you must be slow as hell." PETTIFORD replied, "Yeah, ain't nobody got no ice [methamphetamine]." The drug customer replied, "Man . . . " PETTIFORD stated, "I'm gettin that sh*t together right now," The drug customer replied, "Alright, bet." PETTIFORD stated, "As soon as I get my hands . . . as soon as I do n***a, I'm gonna hit you. Hear me?" The drug customer replied, "I hear you, I'm listenin'. Alright, bet." PETTIFORD stated, "Yup, I got you."

56. On or about December 10, 2025, at approximately 4:12 p.m., JAMERE THOMAS called K.B. JAMERE THOMAS asked, "Hey you got some, you got like a zip [one ounce of drugs]?" (An unknown individual in the background says "a good zip"). Yeah, a little good zip, you know little, you know my, you know our prices. I got a zip wop [customer buying one ounce of drugs at a time] for you. He got, uh, he got 150 he right here on [unintelligible]. No, I'm saying, I'm saying. I'm telling you, though. But you know what you gonna charge me like 90 or 100, right?" K.B. replied, "I got one I'll charge you a 100 for…" JAMERE THOMAS asked, "A good one?" K.B. replied, "Yeah." JAMERE THOMAS and K.B. continue going back-and-forth about drug prices. An individual on JAMERE THOMAS's line stated, "Look KB, can you take him one of them 100s, brother, and just let me owe you ten. Soon as we get to the city, I'll give you ten dollars in cash, bro? JAMERE THOMAS stated, "I'll Apple Pay it off my sh*t, and Imma make him give me ten dollars right now." K.B. replied, "It's all good, brother. That's

lil bron's *ss . . ." JAMERE THOMAS stated, "I'm about to text you the address where he at. It's my, it's my old n*gg*." An individual on JAMERE THOMAS's line stated, "It's [XXX] Mull." JAMERE THOMAS stated to K.B., "It's [XXX] Mull. When you pull in you gonna make a left and park right there in the parking lot." K.B. stated, "Just send it [the address] to me."

57. On or about December 15, 2025, at approximately 9:30 p.m., JAMERE THOMAS called K.B. JAMERE THOMAS stated, "Hey want me grab them bars [Xanax bars] and go catch em for you [sell them for you]? And then uh, I might come buy two more myself." K.B. replied, "Imma just Imma just umm, give em to you, and then I'll just get with you in the morning." After back-and-forth conversation, K.B. asked, "How many you said?" JAMERE THOMAS replied, "Uhh 15 and then put I'm bout to buy 2." K.B. stated, "Two, so 17. All good [referring to K.B. supplying THOMAS with seventeen Xanax to sell and two Xanax for THOMAS to buy for himself]." K.B. agreed to meet JAMERE THOMAS.

58. On or about December 16, 2025, at approximately 5:26 p.m., PETTIFORD engaged in a text message conversation with CS. During a portion of the text messaging, PETTIFORD said, "You gone be ready tomorrow."

59. On or about December 17, 2025, at approximately 4:33 p.m., PETTIFORD called a drug customer. After a general greeting, PETTIFORD asked, "Uh, your dude still need them zips [ounces of drugs]?" The drug customer replied, "Uh, he probably do. I have to call him and see." PETTIFORD stated, "Alright. Well, sh*t just let me know. I'm getting my orders and sh*t filled. Trying to figure out what's going on."

60. On or about December 17, 2025, at approximately 12:32 a.m., PETTIFORD engaged in a text message conversation with CS. During a portion of the text messaging CS replied, "Yep . . . I'm ready for the 8, is there any break if I double up [ordering eight ounces of

methamphetamine from PETTIFORD and asking if there is a discount for buying double that]?" PETTIFORD replied, "If u were smart u would double up ! And that's being Honest about the situation! Because who kno wat goin on! It be b*llsh*t it's Dry asf [drug supply is low] u will definitely winner –( with 100% and trophy emojis")

61. On or about December 17, 2025, at approximately 5:14 p.m., PETTIFORD distributed approximately 222.20 grams of methamphetamine to CS at XXX S. Main Street in Akron, Ohio.

62. On or about December 17, 2025, at approximately 4:50 p.m., PETTIFORD parked his car across the street from XXXX S. Main Street. PETTIFORD walked across the street carrying a black bag, quickly entered and exited a green Land Rover parked at XXXX S. Main Street, then entered the building. At approximately 5:14 p.m. CS arrived at XXXX S. Main Street. PETTIFORD opened the door and allowed CS inside the building. PETTIFORD then sold CS approximately one pound of methamphetamine in exchange for $1,700. After the purchase, PETTIFORD called CS and told the CShe had sold a pound of methamphetamine but only received enough money from CS to cover an ounce purchase of methamphetamine.

63. On December 17, 2025, at approximately 5:47 p.m., CS returned to XXXX S. Main Street and returned 8 ounces of methamphetamine to PETTIFORD.

64. On or about December 20, 2025, at approximately 9:10 a.m., JAMERE THOMAS received a call from ROBERSON. ROBERSON asked, "You be ready [to conduct a drug deal] today?" JAMERE THOMAS replied, "Probably yup, hell yeah." JAMERE THOMAS told ROBERSON, "I'm gonna call ya in a second though alright?" ROBERSON replied, "alright."

65. On or about December 20, 2025, at approximately 10:43 a.m., JAMERE THOMAS received a call from J.W. J.W. asked, "Ain't no skates [methamphetamine] around?"

JAMERE THOMAS asked, "How much?" J.W. replied, "I'm sayin', like, a bow [one pound]." JAMERE THOMAS replied, "Yeah." J.W. asked, "What them b*tches be going for?". JAMERE THOMAS replied, "Man like 1550, 16, sh*t. I can get you some though." J.W. replied, "For real for real. If I'm around, I'm trying to get rid of this sh*t myself." JAMERE THOMAS asked, "What?" J.W. replied, "Skates." JAMERE THOMAS asked, "Huh?" J.W. replied, "The skates [referring to methamphetamine]." JAMERE THOMAS asked, "How much?" J.W. replied, "Around what you was just talkin'." JAMERE THOMAS asked, "I'm sayin you got a pound?" J.W. replied, "Mm-hmm." JAMERE THOMAS stated, "Give it to me, I gotta play [drug customer] right now. Pull up. I'm about to sell it." J.W. replied, "Alright but damn but it's f*cked up though, 'cause that's, like, 16 is what I paid. That's what I'm paying." JAMERE THOMAS asked, "How you gotta bow [one pound of methamphetamine] man, like, and you paid 16 [$1,600] for it? Why would you ask me what I'm payin' for it?" J.W. replied, "Cause I was tryin to really see what like what type of wiggle room I can do. What can I charge it." JAMERE THOMAS stated, "I would just pay 16." J.W. asked, "Hmm?" JAMERE THOMAS replied, "Why would you pay 1600 for a bow?" J.W. replied, "Mmm." JAMERE THOMAS stated, "That's what I would charge my dude." J.W. asked, "16?" JAMERE THOMAS stated, "Yeah, that's what I charge my dude, 1600 [JAMERE THOMAS referring to charging ROBERSON $1,600 for one pound of methamphetamine]." J.W. replied, "Yeah." JAMERE THOMAS stated, "Where you get it from bro? Get me one. Tell him I got 15." J.W. asked, "You said (unintelligible) what?" JAMERE THOMAS replied, "I got 1450, I got 14, yo, hey, I get, ehh, listen I would have never paid 16, brother." J.W. replied, "Mmm." JAMERE THOMAS asked, "Unless you wanna just get your money back, I can sell that b*tch right now." J.W.

replied, "Mmm. Alright hold on real quick, I'm gonna call ya right right back. Pick up the phone."

66. On or about December 20, 2025, at approximately 2:20 p.m., NEAL, JR., arrived at XXXX Ira Avenue. At approximately 2:40 p.m., NEAL, JR., left XXXX Ira Avenue.

67. On or about December 20, 2025, at approximately 2:55 p.m., JAMERE THOMAS called NEAL, JR. NEAL, JR. stated, "Bro." JAMERE THOMAS replied, "Yo." NEAL, JR. asked, "What you asleep, bro, I was at your mom's house [LESLIE THOMAS' house] for 30 minutes." JAMERE THOMAS replied, "Man my phone was dead and I was asleep." NEAL, JR. stated, "Bro I know you was, I'm goin' to see my auntie Jackie, Tae's mom in the hospital right quick, and I'll call, I got it with me, I'mma call you as soon as I leave here bro, I was sittin' there, I was, like, man, bro cool? You hear me? You hear me?" JAMERE THOMAS stated, "Huh?" NEAL, JR. replied, "I'm right here, 'bout to pull up to the hospital see Tae's mom, I'mma call you as soon as I leave here." JAMERE THOMAS stated, "Alright." NEAL, JR. replied, "Alright, I got it with me though, bro [referring to having the drugs with him], answer yo phone, bro." JAMERE THOMAS replied, "Bro, I'm ready, bro." NEAL, JR., stated, "Alright." JAMERE THOMAS stated, "Alright."

68. On or about December 20, 2025, at approximately 3:06 p.m., JAMERE THOMAS called J.W. J.W. stated, "Man, nah, I was finna to say. I was finna to say, uh, sh*t if yo peoples." JAMERE THOMAS replied, "I'm pullin up with my stick [firearm] though. I'm gettin in the whip." J.W. asked, "You heard me?" JAMERE THOMAS replied, "Huh?" J.W. stated, "I said if yo people still, if yo people still wanted that [drugs], I'm ready. I'll be able to do that for them [distribute drugs to JAMERE THOMAS's customer]." JAMERE THOMAS asked, "What?" J.W. stated, "16." JAMERE THOMAS replied, "My dude still ready but my, that n*gg*

did, he done, he been already pulled up. He [NEAL, JR.] was outside waiting for 30 minutes. I was sleep. He told me he bout to pull back up and sh*t. You know sh*t. He bout to let me get that b*tch for 14." J.W. asked, "You said what?" JAMERE THOMAS replied, "He bout to let me get the bow for 1400 [one pound of methamphetamine for $1,400 from NEAL JR]." J.W. asked, "Oh he is?" JAMERE THOMAS replied, "Hell yeah." J.W. stated, "Oh, okay okay. D*mn yeah, I was about to say uh . . ." JAMERE THOMAS replied, "I was just thirsty to catch dudes, sh*t. I was like f*ck it I ain't, I don't give a f*ck who, person come get it. Get this sh*t to me first." J.W. stated, "Yeah, I light weight wanted to catch his *ss." JAMERE THOMAS replied, "No sh*t it's me. I got other plays [drug customers]. I just ain't promoting that sh*t. I just been letting sh*t come to me, like. Whatever call me, call me. You feel me?" J.W. stated, "Sh*t bro, let n*gg*s know that sh*t around. I'll do it for 16 for sure." JAMERE THOMAS replied, "Mm-hmm. What I about to say? Where you was at? J.W. stated, "Sh*t, I'm chillin at Ja'nae's house right now." JAMERE THOMAS replied, "You ain't even pull up on me . . . hey bro, I need you to take me to, uh, my baby mom's real quick. Bro, I'll give you some gas. I gotta get this b*tch bag I left and, uh, I left, I gotta grab it bro. I ain't gonna do her like that." J.W. stated, "Hm. So where you at now?" JAMERE THOMAS replied, "I feel a lil, I feel a lil (unintelligible). You feel me? Cause he, I, I been missing it. And I ain't even, I ain't gonna do it like that, cause I be salty if a mothaf*cka had my sh*t. I can't catch my plays [meet customers to sell drugs]." J.W. asked, "Man where you at? You at yo mom's?" JAMERE THOMAS replied, "Yeah." J.W. stated, "Alright, I'll be there in a second."

69. On or about December 20, 2025, at approximately 4:11 p.m., JAMERE THOMAS and J.W. arrived at an event center on Voris Street in Akron, Ohio,

70. On or about December 20, 2025, at approximately 5:49 p.m., JAMERE THOMAS called ROBERSON. JAMERE THOMAS stated, "How? Cause if I'm charging you 1600 for a bow [one pound]." ROBERSON replied, "Cuz you wouldn't, cause it ain't. It ain't 16 though, boy." JAMERE THOMAS asked, "So how much is it?" ROBERSON replied, "15 [$1,500]." JAMERE THOMAS asked, "How you gunna tell me what I'm selling my dope for?" ROBERSON laughed. JAMERE THOMAS stated, "That's what I'm trying to explain to. Y'all *ss crazy boy. You are some piece of work." JAMERE THOMAS stated, "Bro to keep it a hundred with you though. N*gg* I'm making fifty dollars off you. That's why I don't ev . . . that's why I f*ck with you I don't even makin' sh*t [money from drug sales]." ROBERSON stated, "Yeah." JAMERE THOMAS replied, "Like when I had my own you see I was charging you 15." ROBERSON stated, "Yeah. (Mumbles) I got 16 right now, though [$1,600 for the one pound of methamphetamine]. Right like, is you ready if it's right now. That's what I got." JAMERE THOMAS replied, "Alright though meet me at my niece party [to conduct the drug deal]." ROBERSON asked, "Where that's at?" JAMERE THOMAS replied, "The, uh, the hall right there by Wolf Ledges." ROBERSON asked, "By Wolf Ledges . . ." JAMERE THOMAS stated, "I'm bout to get the address I'll send it to you." ROBERSON replied, "Alright."

71. On or about December 20, 2025, at approximately 6:24 p.m., ROBERSON, driving a white Nissan SUV arrived at an event center on Voris Street in Akron, Ohio.

72. On or about December 20, 2025, at approximatley 6:24 p.m., JAMERE THOMAS called ROBERSON. ROBERSON stated, "Yep." JAMERE THOMAS asked, "What up brother?" ROBERSON replied, "I'm out here." JAMERE THOMAS asked, "You came through the gate?" ROBERSON replied, "Yeah." JAMERE THOMAS stated, "Alright, uhh . . . I see you over there in the white truck [white Nissan SUV]?" ROBERSON replied, "Yeah, yep."

JAMERE THOMAS stated to someone in the background, "Nah, I'm about to catch my play [sell drugs to a customer]."

73. On or about December 20, 2025, at approximately 6:26 p.m., JAMERE THOMAS called NEAL, JR. JAMERE THOMAS directed NEAL, JR. to an event center on Voris Street in Akron, Ohio. NEAL, JR. stated, "I'm pulling up now. I'm like 2 minutes away." JAMERE THOMAS replied, "Alright. You in the, uh . . . when you pull up you gonna see a fence. Come to the back of the building." NEAL, JR. stated, "Alright." JAMERE THOMAS stated, "Alright." NEAL, JR. stated, "Yep."

74. On or about December 20, 2025, around approximately 6:30 p.m., NEAL, JR., distributed methamphetamine to JAMERE THOMAS.

75. On or about December 20, 2025, JAMERE THOMAS between approximately 6:30 p.m. and 6:35 p.m., re-distributed the drugs he received from NEAL, JR., to ROBERSON.

76. On or about December 20, 2025, at approximately 6:35 p.m., ROBERSON, driving a white Nissan SUV, departed from the event center on Voris Street, Akron, Ohio.

77. On or about December 20, 2025, at approximately 6:49 p.m., JAMERE THOMAS called NEAL, JR. JAMERE THOMAS asked, "Hey, did I, I left my weed [marijuana] in you car?" NEAL, JR., replied, "Nah, hell nah."

78. On or about December 21, 2025, at approximately 2:38 p.m., PETTIFORD called K.G. PETTIFORD stated, "Alright I can grab the tar [carfentanil] or the other purple [fentanyl]." K.G. replied, "I f*cking got the stomach cramps and everything. I hate feeling like this." PETTIFORD asked, "Yeah, which one you want me to grab?" K.G. replied, "The tar [carfentanil]. I know it just make me f*cking better." PETTIFORD stated, "Yeah I can grab a

couple grams, I can grab like 3 grams of that tar [carfentanil], that should last you for a long time." K.G. replied, "Oh yeah that'll last a long time."

79. On or about December 22, 2025, at approximately 5:50 p.m., JAMERE THOMAS received a call from ROBERSON. ROBERSON stated, "People talking about, man that sh*t [drugs] ain't no good. But they said that about the last one, too, though." JAMERE THOMAS replied, "Sh*t what they saying?" ROBERSON stated, "It ain't no good. It wasn't, what, it ain't dope." JAMERE THOMAS asked, "How ain't it?" ROBERSON replied, "Honestly, I don't know, sh*t, that's what I said but, I know they not lying though, 'cause it's more than one of my peoples that said that sh*t. But they said that about the last one, too, though." JAMERE THOMAS stated, "Man, it gotta be where bro getting that sh*t from bro . . ." "That's what I'm saying. I ain't calling, I ain't going through that n*gg* no more [JAMERE THOMAS referring to not buying drugs from NEAL, JR., anymore]." ROBERSON replied, "Yeah that sh*t man, that sh*t ain't no good or something, bro, cause they, you know what I'm sayin'?" JAMERE THOMAS stated, "They ain't never, they ain't never said sh*t about that." ROBERSON replied, "Yeah, that's what I'm saying. I know. They ain't never said nothing till the last two of them, two of those that I had got bro." JAMERE THOMAS stated, "I went to bro both times. And I just saw my n*gg*, he's like, some pure sh*t (unintelligible) where I just sold. But he only want a zip [one ounce of drugs] but he got some bows [one pound of drugs] though. That's who I'm gonna go through. Sh*t I'mma tell bro, like, that sh*t ain't right, like, I damn near I'm about to press that n*gg*." ROBERSON replied, "Yeah for real, bro, 'cause that ain't, that ain't cool bro. N*gg*s come and spend money bro." JAMERE THOMAS stated, "Yeah, you know me. My sh*t, every time, I don't even know how to cut the sh*t [mix drugs with a cutting agent and prepare them for distribution]. I don't even want to do that." ROBERSON replied,

"Yeah, that's what I, that's what I tell my people. But sh*t, I know they not, I know they not lying though 'cause there's more than one of my people [drug customers]. There's three, four of 'em like, 'That sh*t ain't right.'"

80. On or about December 28, 2025, at approximately 6:01 p.m., ROBERSON called JAMERE THOMAS. ROBERSON asked, "What's the deal?" JAMERE THOMAS asked, "What up brother?" ROBERSON stated, "Sh*t man. I know you mans [source of drug supply] wasn't gonna come through man." JAMERE THOMAS stated, "Man f*ck that n*gg* bro." ROBERSON replied, "Yeah, man. I wasn't tripping I was gonna sell that sh*t [drugs] regardless" JAMERE THOMAS stated, "I ain't, I ain't ever gonna call that n*gg* again. I gotta new plug [source of drug supply], cream [methamphetamine]." ROBERSON asked, "They got some." JAMERE THOMAS replied, "Hell yeah! And it been shakin' [referring to quality of drugs]. Yeah, they love it." ROBERSON stated, "Let me get that mug, let me get one [one pound of methamphetamine]." JAMERE THOMAS replied, "It's all good, brother." ROBERSON asked, "When you gonna be ready?" JAMERE THOMAS replied, "Sh*t, I'm ready. Where you at?" ROBERSON stated, "Uh, I'm on the west." JAMERE THOMAS replied, "Alright meet me at my mom's [LESLIE THOMAS's residence]." ROBERSON stated, "Alright how long?" JAMERE THOMAS replied, "Sh*t, twenty minutes." ROBERSON stated, "Alright I'll be there in about twenty five, thirty." JAMERE THOMAS stated, "Alright." ROBERSON replied, "Aight." JAMERE THOMAS stated, "Bet."

81. On or about December 28, 2025, at approximately 6:21 p.m., ROBERSON arrived at XXXX Ira Avenue in Akron, Ohio, and parked on the street in front of the residence behind another vehicle.

82. On or about December 28, 2025, at approximately 6:21 p.m., JAMERE THOMAS exited the vehicle parked in front of ROBERSON and entered the front passenger seat of ROBERSON's vehicle. Once inside, JAMERE THOMAS distributed approximately one pound of methamphetamine to ROBERSON. At approximately 6:22 p.m., JAMERE THOMAS exited ROBERSON's vehicle. ROBERSON departed after JAMERE THOMAS exited the vehicle.

83. On or about December 28, 2025, at approximately 6:39 p.m., PETTIFORD received a call from JAMERE THOMAS. PETTIFORD stated, "Just bring me, um, let me see, uhhh, bring me six of em. Crispy [high-quality drugs, typically referring to methamphetamine] though." JAMERE THOMAS replied, "How much you got in cash?" PETTIFORD stated, "6." JAMERE THOMAS asked, "Oh you got 6 and then you gonna send me the 2 hu— how much did you owe me [for drugs]?" PETTIFORD replied, "I just owe you $50. But I was gonna see if you would bring me the 8 and I just send you the 200 on Cash App but I ain't know your situation so I was just gonna spend what I have bro. I mean it don't . . . either way it go, whichever how you wanna do it, it's good. But my peoples pulling up right now [to conduct a drug deal]." JAMERE THOMAS stated, "Alright. I mean, I ain't (unintelligible) you can Cash App uh my brother." PETTIFORD replied, "I can't hear you." JAMERE THOMAS stated, "Said you can Cash App my brother if you need to so I could just bring the whole 8." PETTIFORD stated, "Yeah, no I don't I got the 6 in cash, but I said the 8. If I wanted the 8, I would, ah, I would tell ya I would just Cash App it to you but don't even worry about it. I'll just pay for the 6." JAMERE THOMAS replied, "Alright, bet."

84. On or about December 28, 2025, at approximately 7:02 p.m., JAMERE THOMAS arrived at XXXX S. Main Street in Akron, Ohio, and entered with an item tucked

under his arm. Once inside, JAMERE THOMAS distributed methamphetamine to PETTIFORD. At approximately 7:09 p.m., JAMERE THOMAS exited XXXX S. Main Street empty-handed.

85. On or about January 2, 2026, at approximately 8:32 a.m., JAMERE THOMAS called J.W. JAMERE THOMAS asked, “You got some work [drugs]? I got a play [drug customer] for you. (unintelligible) 2 zips [two ounces of drugs].” J.W. replied, “I got some soft [powder cocaine].” JAMERE THOMAS asked, “That’s what I’m saying. You got 2 zips?” J.W. stated, “I got a zip on me right now.” JAMERE THOMAS replied, “Alright hold on. Wait wait wait wait.”

86. On or about January 2, 2026, at approximately 10:26 a.m., JAMERE THOMAS received a call from J.W. J.W. asked, “Your n*gg*s still need that work [drugs]?” JAMERE THOMAS replied, “Uhhh I’m trying to . . . the n*gg* Slick ain’t answering, his b*tch *ss, he said he needed 2 zips [two ounces of drugs].” J.W. stated, “Hmm.” JAMERE THOMAS replied, “I’m about to call him back and see if he still want it though [JAMERE THOMAS referring to calling his drug customer back to arrange the drug deal].” J.W. stated, “Okay. Okay.” JAMERE THOMAS asked, “How much you want for it?” J.W. replied, “Umm. My people had low key went up on me for real, for real. The best I can probably do is 600 [dollars] right now [for those drugs].” JAMERE THOMAS stated, “Alright. I’m going to let him know.”

87. On or about January 2, 2026, at approximately 5:10 p.m., JAMERE THOMAS received a call from ROBERSON. ROBERSON said, “Hello? What up?” JAMERE THOMAS responded, “Sup? What’s the deal?” ROBERSON stated, “Sh*t, man. You got another one of them [one pound of methamphetamine]? ” JAMERE THOMAS replied, “Yeah.” ROBERSON said, “Alright. Yeah, when yous gonna be ready?” JAMERE THOMAS replied, “I’m just catchin’ my play [drug customer] on the East real quick.” ROBERSON said, “Alright.”

JAMERE THOMAS asked, "Where you at?" ROBERSON replied, "I'm on the, uh, North right now, but I'm 'bout to be leavin'." JAMERE THOMAS said, "Alright, I'm gonna meet you at my mom's [meet at LESLIE THOMAS's residence to conduct the drug deal]." ROBERSON replied, "Alright."

88. On or about January 2, 2026, at approximately 6:11 p.m., JAMERE THOMAS called ROBERSON. ROBERSON said, "Hello? Hello?" JAMERE THOMAS said, "Brother." ROBERSON asked, "What up?" JAMERE THOMAS replied, "I'm here [at XXX Ira Avenue for the methamphetamine deal]." ROBERSON stated, "Alright, here I come. Give me, like, give me, like, uh, ten minutes. I'm waitin' for my baby mom pick up my daughter up but she on her way right now, so I'll be like 10 minutes and then I'm comin'." JAMERE THOMAS replied, "Alright."

89. On January 2, 2026, between approximately 7:10 p.m. and 7:22 p.m., JAMERE THOMAS distributed drugs to ROBERSON at XXX Ira Avenue in Akron, Ohio.

90. On or about January 2, 2026, at approximately 7:31 p.m., in Akron, Ohio, ROBERSON possessed approximately 449.3 grams of methamphetamine during a traffic stop.

91. On or about January 2, 2026, at approximately 7:57 p.m., JAMERE THOMAS received a call from ROBERSON. JAMERE THOMAS said, "What up?" ROBERSON asked, "You hear me?" JAMERE THOMAS said, "What?" ROBERSON replied, "Bro why the f*ck . . . bro listen cuz . . . you listening?" JAMERE THOMAS said, "Yeah." ROBERSON said, "Why the f*ck I just get dooped [pulled over by the police] n*gg*, pullin from your street." JAMERE THOMAS asked, "You good?" ROBERSON responded, "Nah n*gg*, I just got caught wit a bow [one pound of methamphetamine] n*gg*. N*gg* they [the police] pulled me." JAMERE THOMAS asked, "Say what?" ROBERSON replied, "Yeah look, they, I just get pulled n*gg*.

I'm walkin' down the street right now bro. I get pulled, goin' like you know the one way when you go up the street goin' towards the west, where AJ's at." JAMERE THOMAS responded, "Yeah." ROBERSON stated, "N*gg* dey swarm me right there, n*gg*. They yoked me out the car, but they . . ." JAMERE THOMAS asked, "For real?" ROBERSON stated, "Yeah, but they, they yoke me out the car, but they, they like . . . . they got guns drawn on me, talkin' bout a gun . . . they like, where the gun where the gun. I'm like I ain't got no gun, I got a license." JAMERE THOMAS replied, "Right." ROBERSON said, "They yoke me out the car cuz, they find the bow [one pound of methamphetamine] . . . they ask me about it, I'm like, 'Sh*t I dunno what that is.' They like, well we're gonna send it to get tested. But we gone have to, we gone write you a citation for this." JAMERE THOMAS said, "Right." ROBERSON stated, "Bro, they didn't write me no citation for the bow [one pound of methamphetamine]. They wrote me a citation for expired plates, towed the car." JAMERE THOMAS replied, "Say you swear to God." ROBERSON responded, "On my kids, cuz, I'm walkin down Manchester right now, bro." JAMERE THOMAS asked, "You need a ride?" ROBERSON stated, "On my f*ckin kids, bro." JAMERE THOMAS asked, "You need a ride?" ROBERSON replied, "Nah, my cousin bout to pull up . . . but I'm callin' you, 'cause, man I just left yo sh*t, n*gg*." JAMERE THOMAS responded, "Right." ROBERSON stated, "I dunno what they gonna do, but they ain't write me nothin' about that bow [one pound of methamphetamine], bro." JAMERE THOMAS said, "Man, that sh*t … Maaaan, it ain't sh*t, my spot ain't hot [referring to police investigating him] . . . I, you feel me? I'm good. The n*gg* that, the n*gg* that just pulled up, he probably hot." ROBERSON replied, "Man, I dunno." JAMERE THOMAS stated, "You feel me tho?" ROBERSON said, "I dunno cuz, I'm just callin you, 'cause that just happened. Bro I'm walkin down Manchester right now." JAMERE THOMAS asked, "So you got a ride, you don't need

me to pull up?" ROBERSON said, "Nah, I got a ride. They 'bout to pull up." JAMERE THOMAS stated, "Maaan, so you sayin', they just clipped the bag [police seized the bag containing methamphetamine], they ain't even write you a citation for the bag?" ROBERSON replied, "Bro, they did. They wrote me a citation for expired tags." JAMERE THOMAS said, "Right . . . man that sh*t's weird as hell." ROBERSON responded, "Man, watch yourself bro. I gotta call somebody else." JAMERE THOMAS replied, "Alright."

92. On or about January 14, 2026, at approximately 10:49 a.m., PETTIFORD engaged in a text message conversation with CS. During a portion of the text messaging, CS stated, "Yo, I'm ready today . . . Yo yo." PETTIFORD replied, "U gotta take this full one," "3400 [PETTIFORD saying he wanted to sell CS one pound of methamphetamine for $3,400]." CS replied, "I got enough for 8 [referring to eight ounces/half a pound]." PETTIFORD said, "Bro I call u wen it's necessary and I don't need the other half now u have to buy these ones whole lb brother [PETTIFORD saying CS needs to buy a whole pound of methamphetamine]." CS replied, "Alright thanks, I only got enough for half, . . . I also needed something else [another type of drug] if possible."

93. On or about January 14, 2026, at approximately 5:45 p.m., CS entered into XXXX S. Main Street. While inside the building, PETTIFORD sold CS 223.90 grams of methamphetamine and 6.87 grams of fentanyl. PETTIFORD and CS left XXXX S. Main Street at approximately 5:53 p.m.

94. On or about January 20, 2026, at XXXX S. Main Street in Akron, Ohio, PETTIFORD possessed approximately 3.86 grams of cocaine, 3.64 grams of fentanyl, and approximately 84.59 grams of methamphetamine.

95. On or about January 20, 2026, at XXXX Manchester Road in Akron, Ohio, PETTIFORD possessed approximately 200.83 grams of fentanyl and approximately 4.34 grams of methamphetamine.

96. On or about January 22, 2026, at approximately 2:04 p.m., D.B. arrived at NEAL, JR.'s residence on Yukon Avenue in Akron, Ohio, and entered carrying a black trash bag containing drugs. At approximately 2:14 p.m., D.B. exited the residence empty-handed and departed.

97. On or about January 24, 2026, at approximately 9:28 p.m., NEAL, JR. called FOREMAN. FOREMAN said "Hello." NEAL, JR., said, "Here I come right now." FOREMAN said, "Okay."

98. On or about January 24, 2026, at approximately 9:31 p.m., FOREMAN pulled into the driveway of NEAL, JR.'s residence on Yukon Avenue in Akron, Ohio and entered the residence at approximately 9:31 p.m. At approximately 9:37 p.m., FOREMAN exited the residence and departed.

99. On or about January 28, 2026, at approximately 4:34 p.m., NEAL, JR., received a call from FOREMAN. NEAL, JR., asked, "What's the deal? Where you at?" FOREMAN replied, "Hmm?" NEAL, JR., asked, "Huh?" FOREMAN replied, "What you say? What did you say?" NEAL, JR., stated, "I said I'm right here at the house. Where you at?" FOREMAN replied, "Uh, at work, I'm gonna leave work. Just uh, 2 [two pounds of methamphetamine]." NEAL, JR., stated, "You said 2 of 'em? FOREMAN replied, "Yep." NEAL, JR., stated, "Alright I'm, I got one right. Let me get that till I get the other one. Call you right back." FOREMAN replied, "Alright."

100. On or about January 28, 2026, at approximately 4:44 p.m., NEAL, JR., called FOREMAN. NEAL, JR., stated, "Hey, it's only gonna be, it's only gonna be one [one pound of methamphetamine] for right now. And it's in the front seat of the Kia." FOREMAN replied, "I didn't hear you." NEAL, JR., stated, "I said there's one for right now, the front seat of the Kia." FOREMAN replied, "Ok [NEAL, JR., telling FOREMAN there is one pound of methamphetamine inside of the Kia in his driveway for FOREMAN to pickup]."

101. On or about January 28, 2026, at approximately 4:40 p.m., D.N. and NEAL, JR., leaving XXXX Yukon Avenue in Akron, Ohio, D.N. removed a white grocery bag of methamphetamine from NEAL, JR.'s lap and placed it in a Kia sedan parked in the driveway.

102. On or about January 28, 2026, at approximately 5:09 p.m., NEAL, JR., received a call from FOREMAN. FOREMAN asked, "Is you gonna have the other one today?" NEAL, JR., replied, "Uhhh no, it's gonna be tomorrow. It's gonna be tomorrow." FOREMAN stated, "Ok."

103. On or about January 28, 2026, at approximately 5:39 p.m., FOREMAN arrived at XXXX Yukon Avenue, exited his vehicle, walked up to the Kia parked in the driveway, opened the door of the Kia, removed the white grocery bag containing the methamphetamine, and departed.

104. On or about January 28, 2026, at approximately 6:02 p.m., FOREMAN possessed a white grocery bag containing approximately 448.9 grams of methamphetamine during a traffic stop in Akron, Ohio.

105. On or about January 29, 2026, at approximately 3:05 p.m., JAMERE THOMAS called J.W. JAMERE THOMAS asked, "What up?" J.W. stated, "Sh*t, nothin'. I was callin' you other for some sh*t, but you wasn't answering." JAMERE THOMAS replied, "I was asleep, and I'm salty as f*ck. I just missed so much money! What the f*ck!" J.W. stated, "I know, that's why

I'm trying to run it up real quick . . ." JAMERE THOMAS replied, "I'm salty, I went to sleep. And I gotta go pick up my daughter and sh*t at 5 o'clock." J.W. asked, "Huh?" JAMERE THOMAS stated, "I said and I gotta go pick up Mymy up at five and sh*t. I forgot." J.W. replied, "Oh, you got good timing. It's three." JAMERE THOMAS stated, "No, I gotta go all the way to Hudson to get the car, drive back, all that type of sh*t. I gotta, she gonna have to ride with me to catch all my plays [referring to having his daughter with him while meeting customers and selling them drugs] today!" J.W. replied, "No, period. What the f*ck." JAMERE THOMAS stated, "She out here with daddy catching plays with pops!" J.W. replied, "Period. Oh well . . ." JAMERE THOMAS asked, "What you on though? What you wanted, what you was trying to grab some P's [Percocet pills]?" J.W. replied, "Yeah, but I'm already done bro." JAMERE THOMAS asked, "Where the footballs [pills] at?" J.W. replied, "Uh, Trace got some." JAMERE THOMAS stated, "Man, I just was, I just had some myself. You know I've been doin' crazy. I've been having everything. Bars, footballs [pills] . . ." J.W. replied, "You know my scripts, my scripts don't come till the first. And they be gone by, uh, the first of that night." JAMERE THOMAS later stated, "Listen, I just found a wop [a customer]. My wop, this n*gg* he buy twenty, he buy ten percs [Percocets] for twenty all the way out every morning. Spend two hundred every morning on percs. I just found, my sister gave me him. He a power wop [a regular drug customer]!"

106. On or about January 31, 2026, at approximately 11:05 a.m., JAMERE THOMAS received a call from T.M. T.M. asked, "You got some candy [drugs] around?" JAMERE THOMAS replied, "Some candies?" T.M. stated, "Yeah, sh*t I need a, I need another half of . . ." JAMERE THOMAS replied, "I'm the candy man, why, you know I got some candy around." T.M. stated, "Hey that sh*t, I need somethin' like that sh*t you gave me last time." After back

and forth talk about drugs, T.M. asked, "Nah, for sho, sh*t what you want for the, uh, half of this?" JAMERE THOMAS replied, "The sh*t I got right now that, what I charge you 650 last time?" T.M. replied, "Um, possibly, I don't know for sure, I can't remember it was either [unintelligible]." JAMERE THOMAS stated, "Yeah, yeah, it was 650 cause I charged you 13, yeah, yep. Just give me the same sh*t." T.M. replied, "Alright, when you ready I'm leavin Canton now, I'm about to hit this bank as soon as I get to Arlington I'm about to get off and hit that bank and then I'm ready so . . . I'm in motion so . . ." JAMERE THOMAS stated, "Sh*t, I'm always ready boy . . ." T.M. asked, "What's up with that other sh*t [different drugs], what that sh*t lookin' like?" JAMERE THOMAS replied, "I got, I got ice ice ice ice [methamphetamine] . . ." T.M. stated, "Nah fo sho [unintelligible]. Bag that candy up for me, like I said, I'm 30 minutes up the road . . ." JAMERE THOMAS replied, "Alright, you want a HP, yeah just give me 650, brotha, I got you." T.M. stated, "Alright, bro, I'll see ya in a minute."

107. On or about February 2, 2026, at approximately 5:03 p.m., D.B. arrived at NEAL, JR.'s residence on Yukon Avenue in Akron, Ohio. At approximately 5:06 p.m., D.B. entered the residence carrying a black trash bag containing drugs. A few seconds later, D.B. exited the residence empty-handed and departed.

108. On or about February 4, 2026, at approximately 11:04 a.m., D.B. arrived at XXXX Yukon Avenue in Akron, Ohio and entered the residence carrying a black trash bag containing drugs. At approximately 11:05 a.m., D.B. exited the residence empty-handed and departed.

109. On or about February 4, 2026, at approximately 5:41 p.m., NEAL, JR., distributed approximately 446 grams of methamphetamine to CS Akron, Ohio.

110. Before the meeting, on or about February 4, 2026, at approximately 5:21 p.m., NEAL, JR., engaged in a text message conversation with CS. During a portion of the text messaging, NEAL, JR., said, “On my way,” to which CS responded “Ok.” [indicating NEAL, JR., was on his way to meet with CS for the drug deal.]

111. On or about February 4, 2026, at approximately 5:41 p.m., investigators observed CS get into the front passenger seat of NEAL, JR.’s vehicle, where the drug deal took place.

112. On or about February 4, 2026, at approximately 7:12 p.m., D.B. arrived at NEAL, JR.’s residence on Yukon Avenue in Akron, Ohio. At approximately 7:13 p.m., D.B. entered the residence carrying a black trash bag containing drugs. A few seconds later, D.B. exited the residence empty-handed and departed.

113. On or about February 6, 2026, at approximately 1:19 p.m., D.B. arrived at NEAL, JR.’s residence on Yukon Avenue in Akron, Ohio. At approximately 1:20 p.m., D.B. opened the front door and handed someone a black trash bag containing drugs and departed the residence empty handed.

114. On or about February 8, 2026, at approximately 5:45 p.m., D.B. arrived NEAL, JR.’s residence on Yukon Avenue in Akron, Ohio. At approximately 5:46 p.m., D.B. entered the residence carrying a black trash bag containing drugs. A few seconds later, D.B. exited the residence empty-handed and departed.

115. On or about February 8, 2026, at approximately 9:54 p.m., JAMERE THOMAS called R.F. JAMERE THOMAS asked, “That you outside?” R.F. stated, “Yeah.” JAMERE THOMAS replied, “Alright, uh, what you want a zip [ounce of drugs], brother?” R.F. asked, “What they going for?” JAMERE THOMAS replied, “Sh*t, same sh*t.” R.F. stated, “Yeah just give me one right now, yeah.” JAMERE THOMAS replied, “Alright, sh*t, uh, hold on, let me do

this right now." JAMERE THOMAS stated, "What I was about to say, uh . . . give me, um, I'm about to bring you 2 zips [two ounces of drugs] . . . [unintelligible] bring me that 90 [unintelligible]." R.F. asked, "What you about to bring me [unintelligible] 90?" JAMERE THOMAS replied, "Nah, I'm about to, I'm about to, I'm about to give you a deal." R.F. stated, "Yeah." JAMERE THOMAS stated, "[Unintelligible] hold on, 170, do 170 minus 90, that's how much you owe me." R.F. asked, "170 minus 90?" JAMERE THOMAS replied, "Yeah." R.F. asked, "80?" JAMERE THOMAS replied, "That's how much you owe me." R.F. replied, "Alright, bet. I got 50 for you right now." JAMERE THOMAS stated, "I got ya, I'm about to weigh it up right now." R.F. replied, "Alright."

116. On or about February 12, 2026, at approximately 1:50 p.m., JAMERE THOMAS received a call from FNU LNU. JAMERE THOMAS stated, "D*mn, bro! Bro why you ain't tell me you shootin' out right now n*gg* I would have gave you that dope, cuz." FNU LNU replied, "Bro, I ain't know, brotha. I swear to God. Ya feel me. I was 'bout to pay two hundred to get down there with my broker like. Feel me. He got me and sh*t, man." JAMERE THOMAS stated, "Yeah, bro. D*mn bro. Alright bro Imma just, we gonna do it on the next one bro. Don't forget bro." FNU LNU replied, "Yep, bro, I'm just grab, I'mma just grab 'em, just grab a couple dem b*tches [a quantity of drugs]." JAMERE THOMAS stated, "Yeah, bro, cause they good, bro. I want you to, I want you to see." FNU LNU replied, "Yeah I'm definitely tryin' to see." JAMERE THOMAS stated, "Feel me? I just sold thirty of them b*tches, bro. First day." FNU LNU replied, "I'm selling some sh*t right now as threes but I'm only putting a one on it, bro." JAMERE THOMAS stated, "No n*gg* this sh*t takin the whole three. F*ck all that sh*t n*gg*. And it's white chunked [crack cocaine] up n*gg*. Gas." FNU LNU replied, "Alright bet." JAMERE THOMAS stated, "Gas." FNU LNU replied, "I'm waiting on you now. Feel me. When

I get back." JAMERE THOMAS stated, "Matter fact matter fact listen. Matter fact. Whatchu want you want me to, uh, have, you want me to see if, bro, can bring one real quick before you go? If he hurry up, I can tell him, like, bro bout to shoot out. He tryin' to take one of them grams with him. I'll tell him like that. Feel me? Whatchu want me to go half on it with you?" FNU LNU replied, "Mmm." JAMERE THOMAS stated, "You my little n*gg*. I f*ck with you n*gg* I want chu get the money. You see I'm, I'm tryin help you." FNU LNU replied, "Yeah, but I ain't really tryin' to ride with that sh*t you feel me?" JAMERE THOMAS stated, "Nah n*gg* it's all good we gonna do it next time then. Cause I ain't even bout to call him for real. You feel me?" FNU LNU replied, "I was 'bout to say we can grab that b*tch but I'm still not even about to ride with that b*tch. I f*ck around and leave that b*tch at the house You feel me?"

117. On or about February 14, 2026, at approximately 8:35 a.m., JAMERE THOMAS received a call from K.T. After discussing marijuana prices, K.T. stated, "Yeah, I ain't gonna lie to you, I don't even be really sellin' tree [marijuana] like that no more, bro, I be f*ckin' with the white b*tch [cocaine]." JAMERE THOMAS asked, "Listen, my peoples need some, how much those zips [ounces of drugs] be?" K.T. stated, "Like 800." JAMERE THOMAS replied, "Man that's too much." K.T. stated, "Yeah I ain't gonna lie . . ." JAMERE THOMAS replied, "I can plug you in. That's what you be payin, 800?" K.T. stated, "Yeaahh, yep." JAMERE THOMAS replied, "Imma, Imma plug you in, those b*tches gonna be like 650." K.T. stated, "That's straight." JAMERE THOMAS replied, "And they going to be good like, I ain't sayin' like just cause they cheaper, no. You know me, I ain't going to tell you nothin'." K.T. stated, "Yeah, hell yeah, I already know." JAMERE THOMAS replied, "Muthaf*ckers taxing you. That sh*t 800, I'm trying to tell you. But sh*t, whatever works for you works though. You feel me?" K.T.

stated, "Yup." JAMERE THOMAS replied, "How much you charge, like d*mn my people been lookin' for that sh*t . . ."

118. On or about February 19, 2026, at approximately 4:05 p.m., NEAL, JR. and CS engaged in a text message conversation. NEAL, JR., texted CS, "5 minutes away," to which CS responded "Ok."

119. On or about February 19, 2026, at approximately 5:30 p.m., in Akron, Ohio, NEAL, JR. met up with CS. CS got into the front passenger seat of NEAL, JR.'s black Dodge Durango. Once inside the car, NEAL, JR., sold approximately 445.4 grams of methamphetamine to CS.

120. On or about February 19, 2026, at approximately 9:05 p.m., JAMERE THOMAS called LESLIE THOMAS. JAMERE THOMAS asked, "Mom whatchu doin . . . Whatchu doin' mom?" LESLIE THOMAS replied, "Nothin', laying down." JAMERE THOMAS asked, "Hey can you do me a favor real quick?" LESLIE THOMAS replied, "What." JAMERE THOMAS asked, "Can you weigh up 2 zips [two ounces of drugs] and give it to my peoples, he about to pull up." LESLIE THOMAS replied, "And what's that supposed to be." JAMERE THOMAS stated, "Uhh 56 grams [drugs] . . . He [the customer] about to give you 165 [$165 for the drugs] . . . Just take 15 [dollars]." LESLIE THOMAS replied, "Say that again." JAMERE THOMAS stated, "I said he about to give you 165 . . . Just take 15 dollars . . . So that leave me with 150 . . . But if you weighin' up [measuring drugs], weigh up 28 grams, boom . . . And then weigh up another 28 and put 'em both in separate bags, 28 one bag, 28 one bag, and that's what he getting." LESLIE THOMAS replied, "Alright he want 2 of 'em?" JAMERE THOMAS stated, "Yea." LESLIE THOMAS replied, "Ayight." JAMERE THOMAS stated, "I got hella other plays [drug customers], but I ain't catchin em." LESLIE THOMAS replied, "Well what about,

um, the change, you got change?" JAMERE THOMAS stated, "I don't know how he's sending it but he about to pull up." LESLIE THOMAS replied, "Oh, he already gave you the money?" JAMERE THOMAS stated, "Nah, he gonna give, I don't know how he gonna pay, he gonna give you the money." LESLIE THOMAS replied, "So he gonna give me 160." JAMERE THOMAS stated, "He gonna give you 165." LESLIE THOMAS replied, "Ok."

121. On or about February 19, 2026, at approximately 9:11 p.m., JAMERE THOMAS received an incoming call from LESLIE THOMAS. JAMERE THOMAS stated, "Hello." LESLIE THOMAS replied, "Hey." JAMERE THOMAS stated, "Yeah." LESLIE THOMAS replied, "The bang or the juicy [marijuana]." JAMERE THOMAS stated, "Uhh . . . the bang, the one that's in the black bag." LESLIE THOMAS replied, "Ayight." JAMERE THOMAS stated, "Yeah, but he, uh, he [drug customer] said he gonna call me back in 15 minutes, 'cause he might grab more than them 2 zips [two ounces of drugs], he might grab four of 'em, four 28s" LESLIE THOMAS replied, "Ayight, well I'ma make up 2 so far." JAMERE THOMAS stated, "Ayight, in that other big bag that's a whole bow [one pound of drugs], you don't touch that one." LESLIE THOMAS replied, "Ayight." JAMERE THOMAS stated, "Ayight."

122. On or about February 19, 2026, at approximately 9:39 p.m., JAMERE THOMAS called LESLIE THOMAS. LESLIE THOMAS stated, "Hello." JAMERE THOMAS said, "Hey mom, hey I got a uh I got a half wop [referring to a customer ready to buy half a pound of drugs] 'bout to pull up too, weigh up uh 14 grams." LESLIE THOMAS said, "Ayight." JAMERE THOMAS stated, "Yeah mom, uh, uh, I got, uh, a half wop about to pull up, weigh up, uh, 14 grams, not the 2 zips, I'ma tell you when he pullin' up. Yeah, he bout to be pullin' up, weigh up 14 grams, he gonna give you 50." LESLIE THOMAS replied, "Ayight." JAMERE THOMAS stated, "Ayight."

123. On or about February 19, 2026, at approximately 9:49 p.m., JAMERE THOMAS called LESLIE THOMAS. LESLIE THOMAS stated, “Hello.” JAMERE THOMAS replied, “Mom.” LESLIE THOMAS replied, “What.” JAMERE THOMAS stated, “That half wop outside, the 14 grams.” LESLIE THOMAS replied, "Ayight.” JAMERE THOMAS stated, “He bout to give you 50, he said he will come to the door when you open the door.” LESLIE THOMAS replied, “Ayight.” JAMERE THOMAS stated, “He [drug customer] outside in the driveway tho. My other dude [drug customer], he about to pull up too, I’ma call you when he get there.” LESLIE THOMAS said, “Ayight.” JAMERE THOMAS stated, “Ayight.”

124. On or about February 19, 2026, at approximately 9:52 p.m., JAMERE THOMAS called LESLIE THOMAS. LESLIE THOMAS stated, “Hello.” JAMERE THOMAS replied, “Hey mom.” LESLIE THOMAS replied, “What.” JAMERE THOMAS stated, “Uh the 2 zips [a customer ready to purchase two ounces of drugs], he [drug customer] outside, he coming to the door.” LESLIE THOMAS replied, “Ayight, did fatty [unintelligible] Apple Pay that.” JAMERE THOMAS replied, “Oh, you said he about to Apple Pay me?” LESLIE THOMAS answered, “Yeah, said it got delivered.” JAMERE THOMAS stated, “Yeah, I got it.” LESLIE THOMAS replied, “Ayight. And what he givin me 165?” JAMERE THOMAS replied, “Yeah, take 15.” LESLIE THOMAS replied, “Ayight.” JAMERE THOMAS answered, “Ayight.”

125. On or about March 10, 2026, BROWN received a phone call where he learned that law enforcement would be executing a search warrant at BROWN’s Stoner Street residence in Akron, Ohio, and that BROWN should “clean up.”

126. On or about March 10, 2026, after receiving the phone call, BROWN provided AYERS with a tan grocery bag containing approximately 124.6 grams of cocaine and told AYERS to dispose of it.

127. On or about March 10, 2026, AYERS placed the tan grocery bag containing approximately 124.6 grams of cocaine in the trash can outside BROWN's residence to hide it from law enforcement.

128. On or about March 10, 2026, BROWN also attempted to flush drugs down the toilet as the SWAT team arrived to search his residence on Stoner Street in Akron, Ohio.

129. On or about March 10, 2026, BROWN possessed approximately 37.1 grams of cocaine and approximately 263.5 grams of fentanyl at his residence located at XXXX Stoner St.

130. On or about March 11, 2026, at approximately 10:33 a.m., NEAL, JR., was pulled over by Ohio State Highway Patrol troopers. NEAL, JR., called MAXWELL-JONES when Ohio State Highway Patrol troopers pulled him over.

131. On or about March 11, 2026, at approximately 10:35 a.m., MAXWELL-JONES arrived back at the parking lot of NEAL, JR.'s apartment on Mogadore Road. When MAXWELL-JONES arrived, she quickly entered NEAL, JR.'s apartment, ran directly to NEAL, JR.'s bedroom, then ran out of the apartment carrying a red bag and clothing. MAXWELL-JONES put the red bag and clothing in the front-passenger seat of her school transport van and locked the doors as law enforcement approached her. Inside the red bag and clothing, MAXWELL-JONES possessed approximately 149.3 grams of methamphetamine and 59.52 grams of fentanyl.

132. On or about March 11, 2026, NEAL, JR., possessed approximately 149.3 grams of methamphetamine and 59.52 grams of fentanyl at his apartment located at XXXX Mogadore Road, Apartment X, in Akron, Ohio.

ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(A)
Prior Serious Drug Felony Conviction, 21 U.S.C. § 841(b)(1)(A)

133. Before Defendant JONATHON FOREMAN committed the offense charged in Count 1, FOREMAN had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), and 846, to wit: Conspiracy to Distribute and Possess with Intent to Distribute 100 Kilograms or More of Marijuana, 5 Kilograms or More of Cocaine Base, and 1 Kilogram or More of Heroin, on or about December 26, 2006, Case No. 5:06-CR-239, in the Northern District of Ohio, Eastern Division, for which he served more than 12 months of imprisonment and his release from imprisonment was within 15 years of the commencement of the offense charged in this count.

All in violation of Title 21, United States Code, Section 846.

COUNT 2
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury further charges:

134. On or about July 29, 2025, in the Northern District of Ohio, Eastern Division, Defendant DIMICHAEL PETTIFORD did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

COUNT 3
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury further charges:

135. On or about August 13, 2025, in the Northern District of Ohio, Eastern Division, Defendant DIMICHAEL PETTIFORD did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

COUNT 4
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury further charges:

136. On or about August 27, 2025, in the Northern District of Ohio, Eastern Division, Defendant DIMICHAEL PETTIFORD did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

COUNT 5
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury further charges:

137. On or about September 9, 2025, in the Northern District of Ohio, Eastern Division, Defendant DIMICHAEL PETTIFORD did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

COUNT 6
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 18 U.S.C. § 2)

The Grand Jury further charges:

138. On or about October 7, 2025, in the Northern District of Ohio, Eastern Division, Defendant DIMICHAEL PETTIFORD and JAMERE THOMAS did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

COUNT 7
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 18 U.S.C. § 2)

The Grand Jury further charges:

139. On or about November 13, 2025, in the Northern District of Ohio, Eastern Division, Defendant DIMICHAEL PETTIFORD and JAMERE THOMAS did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

COUNT 8
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii), and 18 U.S.C. § 2)

The Grand Jury further charges:

140. On or about November 20, 2025, in the Northern District of Ohio, Eastern Division, Defendant DIMICHAEL PETTIFORD did knowingly and intentionally distribute a mixture and substance containing 5 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii), and Title 18, United States Code, Section 2.

COUNT 9
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury further charges:

141. On or about December 17, 2025, in the Northern District of Ohio, Eastern Division, Defendant DIMICHAEL PETTIFORD did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

COUNT 10
(Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury further charges:

142. On or about January 2, 2026, in the Northern District of Ohio, Eastern Division, Defendant DEANGELO ROBERSON did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

COUNT 11
(Distribution of Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

143. On or about January 14, 2026, in the Northern District of Ohio, Eastern Division, Defendant DIMICHAEL PETTIFORD did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 12
(Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§§ 841(a)(1), (b)(1)(A)(viii))

The Grand Jury further charges:

144. On or about January 20, 2026, in the Northern District of Ohio, Eastern Division, Defendant DIMICHAEL PETTIFORD did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

COUNT 13
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

145. On or about January 20, 2026, in the Northern District of Ohio, Eastern Division, Defendant DIMICHAEL PETTIFORD did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 14
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§§ 841(a)(1) and (b)(1)(B)(vi))

146. On or about January 20, 2026, in the Northern District of Ohio, Eastern Division, Defendant DIMICHAEL PETTIFORD did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

COUNT 15
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§§ 841(a)(1) and (b)(1)(C))

147. On or about January 20, 2026, in the Northern District of Ohio, Eastern Division, Defendant DIMICHAEL PETTIFORD did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 16

(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

148. On or about January 20, 2026, in the Northern District of Ohio, Eastern Division, Defendant DIMICHAEL PETTIFORD, knowing he had been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Trafficking in Cocaine and Possession of Cocaine, on or about September 6, 2005, in case number CR-2005-06-2012-A, in the Summit County Common Pleas Court; and Possession of Cocaine, on or about May 10, 2010, in case number 2009-08-2482, in the Summit County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm and ammunition, to wit: a loaded Glock 26, Gen 5, 9mm caliber firearm, bearing serial number AGBS167; and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 17

(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

149. On or about January 20, 2026, in the Northern District of Ohio, Eastern Division, Defendant DIMICHAEL PETTIFORD, knowing he had been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Trafficking in Cocaine and Possession of Cocaine, on or about September 6, 2005, in case number CR-2005-06-2012-A, in the Summit County Common Pleas Court; and Possession of Cocaine, on or about May 10, 2010, in case number 2009-08-2482, in the Summit County Common Pleas Court, knowingly possessed in and affecting interstate commerce firearms and ammunition, to wit: a Glock 9mm caliber pistol, bearing serial number AFCX276; a Springfield Hellcat 9mm caliber pistol, bearing serial number BA291890; a Harrington and Richardson automatic revolver, bearing serial number 495892; a

loaded Diamond Back 9mm caliber pistol, bearing serial number YD2029; a loaded Smith & Wesson .45 caliber firearm, bearing serial number JPL4298; a loaded Ruger .380 caliber firearm, bearing serial number 371268226; and ammunition, said firearms and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 18
(Possession of a Firearm in Furtherance of a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

150. On or about January 20, 2026, in the Northern District of Ohio, Eastern Division, Defendant DIMICHAEL PETTIFORD did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Controlled Substances, as charged in Counts 12, 13, 14, and 15 herein, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

COUNT 19
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury further charges:

151. On or about January 28, 2026, in the Northern District of Ohio, Eastern Division, Defendants DAVID NEAL, JR., did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

COUNT 20
(Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury further charges:

152. On or about January 28, 2026, in the Northern District of Ohio, Eastern Division, Defendant JONATHON FOREMAN did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(A)
Prior Serious Drug Felony Conviction, 21 U.S.C. § 841(b)(1)(A)

153. Before Defendant JONATHON FOREMAN committed the offense charged in Count 18, the Defendant had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), and 846, to wit: Conspiracy to Distribute and Possess with Intent to Distribute 100 Kilograms or More of Marijuana, 5 Kilograms or More of Cocaine Base, and 1 Kilogram or More of Heroin, on or about December 26, 2006, Case No. 5:06-CR-239, in the Northern District of Ohio, Eastern Division, for which he served more than 12 months of imprisonment and his release from imprisonment was within 15 years of the commencement of the offense charged in Count 20.

COUNT 21
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury further charges:

154. On or about February 4, 2026, in the Northern District of Ohio, Eastern Division, Defendant DAVID NEAL, JR., did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

COUNT 22
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury further charges:

155. On or about February 19, 2026, in the Northern District of Ohio, Eastern Division, Defendant DAVID NEAL, JR., did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

COUNT 23
(Tampering with Evidence or Proceedings, 18 U.S.C. §§ 1512(c)(1) and 2)

The Grand Jury further charges:

156. On or about March 10, 2026, in the Northern District of Ohio, Eastern Division, Defendants MARCUS BROWN and MICHAEL AYERS did corruptly alter, destroy, mutilate, and conceal evidence or attempted to do so, with the intent to impair its integrity and availability for use in an official proceeding, execution of a federal search warrant, in violation of Title 18, United States Code, Section 1512(c)(1) and 2.

COUNT 24
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§§ 841(a)(1) and (b)(1)(B)(vi))

The Grand Jury further charges:

157. On or about March 10, 2026, in the Northern District of Ohio, Eastern Division, Defendant MARCUS BROWN did knowingly and intentionally possess with the intent to distribute 40 grams or more of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

COUNT 25
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

158. On or about March 10, 2026, in the Northern District of Ohio, Eastern Division, Defendant MARCUS BROWN did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 26
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(8))

The Grand Jury further charges:

159. On or about March 11, 2026, in the Northern District of Ohio, Eastern Division, Defendant LESLIE THOMAS, knowing she had been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Attempted Burglary, on or about January 18, 2012, in case number CR-2011-11-3215-B, in the Summit County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm and ammunition, to wit: a Beretta 32 caliber pistol, bearing serial number DAA177325; and a Ruger LC9 9mm caliber pistol, bearing serial number 324-94818, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 27
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), and 924(a)(8))

The Grand Jury further charges:

160. On or about March 11, 2026, in the Northern District of Ohio, Eastern Division, Defendant DAVID NEAL, JR., knowing he had been convicted of a crime punishable by

imprisonment for a term exceeding one year, that being: Trafficking in Cocaine, on or about April 28, 2015, in case number CR-2014-09-2738, in the Summit County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm and ammunition, to wit: a Smith & Wesson Model SD40VE 40 caliber pistol, bearing serial number FXE4623, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 28
(Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii))

The Grand Jury further charges:

161. On or about March 11, 2026, in the Northern District of Ohio, Eastern Division, Defendant DAVID NEAL, JR., did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii).

COUNT 29
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

The Grand Jury further charges:

162. On or about March 11, 2026, in the Northern District of Ohio, Eastern Division, Defendant DAVID NEAL, JR., did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

COUNT 30
(Tampering with Evidence or Proceedings, 18 U.S.C. §§ 1512(c)(1) and 2)

The Grand Jury further charges:

163. On or about March 11, 2026, in the Northern District of Ohio, Eastern Division, Defendants DAVID NEAL, JR., and DONIKA MAXWELL-JONES, did corruptly alter, destroy, mutilate, and conceal evidence or attempted to do so, with the intent to impair its integrity and availability for use in an official proceeding, execution of a federal search warrant, in violation of Title 18, United States Code, Section 1512(c)(1) and 2.

COUNTS 31-35
(Use of a Communications Facility to Facilitate a Felony Drug Offense, 21 U.S.C. § 843(b))

The Grand Jury further charges:

164. On or about the dates and times listed below, in the Northern District of Ohio, Eastern Division, and elsewhere, the Defendants listed below did knowingly and intentionally use a communication facility, to wit: a telephone, to facilitate acts constituting a felony under Title 21, United States Code, Sections 846 and 841(a)(1).

| Count | Defendant(s) | Date | Time (EST) |
|---|---|---|---|
| 31 | DIMICHAEL PETTIFORD, K.G. | November 20, 2025 | 4:58 p.m. |
| 32 | DEANGELO ROBERSON, JAMERE THOMAS | December 20, 2025 | 9:10 a.m. |
| 33 | DEANGELO ROBERSON, JAMERE THOMAS | December 20, 2025 | 5:49 p.m. |
| 34 | DAVID NEAL, JR., JONATHON FOREMAN | January 28, 2026 | 4:34 p.m. |
| 35 | JAMERE THOMAS, LESLIE THOMAS | February 19, 2026 | 9:05 p.m. |

All in violation of Title 21, United States Code, Section 843(b).

COUNT 36
(Using and Maintaining a Drug Premises, 21 U.S.C. §§ 856(a)(1) and (b))

The Grand Jury further charges:

165. From in or around July 2025, through on or about January 20, 2026, in the Northern District of Ohio, Eastern Division, Defendant DIMICHAEL PETTIFORD unlawfully and knowingly used and maintained a place located at XXXX S. Main Street, Akron, Ohio, for the purpose of distributing controlled substances, in violation of Title 21, United States Code, Sections 856(a)(1) and (b).

COUNT 37
(Using and Maintaining a Drug Premises, 21 U.S.C. §§ 856(a)(2) and (b))

The Grand Jury further charges:

166. From in or around January 2026, through on or about March 11, 2026, in the Northern District of Ohio, Eastern Division, Defendant DAVID NEAL, JR., did manage and control any place, permanently or temporarily, as an owner, lessee, occupant, mortgagee and agent, namely a premises located on Yukon Avenue, Akron, Ohio, and did knowingly and intentionally rent, lease, profit from and otherwise make available for use, with or without compensation, the premises located on Yukon Avenue, Akron, Ohio, for the purpose of unlawfully manufacturing, storing, distributing and using a controlled substance, namely methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 856(a)(2) and (b).

COUNT 38
(Using and Maintaining a Drug Premises, 21 U.S.C. §§ 856(a)(1) and (b))

The Grand Jury further charges:

167. From in or around December 2025, through on or about March 11, 2026, in the Northern District of Ohio, Eastern Division, Defendants JAMERE THOMAS and LESLIE

THOMAS unlawfully and knowingly used and maintained a place located at XXX Ira Avenue, Akron, Ohio, for the purpose of distributing controlled substances, in violation of Title 21, United States Code, Sections 856(a)(1) and (b).

COUNT 39
(Using and Maintaining a Drug Premises, 21 U.S.C. §§ 856(a)(2) and (b))

The Grand Jury further charges:

168. From in or around December 2025, through on or about March 11, 2026, in the Northern District of Ohio, Eastern Division, Defendant MARCUS BROWN did manage and control any place, permanently or temporarily, as an owner, lessee, occupant, mortgagee and agent, namely a premises located on Stoner Street, Akron, Ohio, and did knowingly and intentionally rent, lease, profit from and otherwise make available for use, with or without compensation, the premises located on Stoner Street, Akron, Ohio, for the purpose of unlawfully manufacturing, storing, distributing and using a controlled substance, namely cocaine and fentanyl, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 856(a)(2) and (b).

COUNT 40
(Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury further charges:

169. On or about June 24, 2026, in the Northern District of Ohio, Eastern Division, Defendant DEANGELO ROBERSON did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

FORFEITURE

The Grand Jury further charges:

170. The allegations contained in Counts 1 through 40 are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture alleging forfeiture pursuant to Title 21, United States Code, Section 853 (drug offenses) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) (firearms offense). As a result of the foregoing offenses, Defendants DAVID NEAL, JR., aka DEEJ; JAMERE THOMAS, aka JAY-T, aka JT, aka NEPHEW; DIMICHAEL PETTIFORD, aka D, MICHAEL, aka MIKE, aka MIKEY, aka UNC; DEANGELO ROBERSON, JONATHON FOREMAN, LESLIE THOMAS, MARCUS BROWN, DONIKA MAXWELL-JONES, and MICAHEL AYERS shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the drug offenses charged herein; and any and all property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offenses charged herein; and, all firearms and ammunition involved in or used in the commission of the firearms offense charged herein; included, but not limited to, the following:

A. A Loaded Glock 26, Gen 5, 9mm Caliber Firearm, Bearing Serial Number AGBS167, with Ammunition [DIMICHAEL PETTIFORD];

B. A Glock 9mm Caliber Pistol, Bearing Serial Number AFCX276 [DIMICHAEL PETTIFORD];

C. A Springfield Hellcat 9mm Caliber Pistol, Bearing Serial Number BA291890 [DIMICHAEL PETTIFORD];

D. A Harrington And Richardson Automatic Revolver, Bearing Serial Number 495892 [DIMICHAEL PETTIFORD];

E. A Loaded Diamond Back 9mm Caliber Pistol, Bearing Serial Number YD2029 [DIMICHAEL PETTIFORD];

F. A Loaded Smith & Wesson .45 Caliber Firearm, Bearing Serial Number JPL4298 [DIMICHAEL PETTIFORD];

G. A Loaded Ruger .380 Caliber Firearm, Bearing Serial Number 371268226 [DIMICHAEL PETTIFORD];

H. Miscellaneous Ammunition [DIMICHAEL PETTIFORD];

I. A Loaded FN Herstal 57 Caliber Pistol, Bearing Serial Number 386361776, and ammunition [JAMERE THOMAS];

J. A Beretta 32 Caliber Pistol, Bearing Serial Number DAAL77325 [LESLIE THOMAS];

K. A Ruger Lc9 9mm Caliber Pistol, Bearing Serial Number 324-94818, and Ammunition [LESLIE THOMAS]; and

L. A Smith & Wesson Model Sd40VE 40 Caliber Pistol, Bearing Serial Number FXE4623, and ammunition [DAVID NEAL, JR.].

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.